# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DIANE VARIALI,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 03-0592-WS-M |
| **TROY KING,** | ) |
| Respondent. | ) |

## FINAL JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that JUDGMENT be entered in favor of Respondent Troy King and against Petitioner Diana Variali.

DONE this 14th day of February, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE